ALEXANDER WEILL ET AL. v. ABRAHAM JACOBY.

Argued February 17, 1904—Decided June 13, 1904.

Where goods are purchased and marked and charged upon vendors' books of account by lot numbers, according to the custom of the business, and known and understood by both vendor and vendee, in a suit to recover the account, a state of demand in a Justice Court, containing a copy of the account as charged upon the vendors' books, is sufficient.

On *certiorari.*

Before Justices VAN SYCKEL and FORT.

For the plaintiffs, *Siegfried Marcuse.*

For the defendant, *Ephraim Cutter.*

The opinion of the court was delivered by

VAN SYCKEL, J. This writ certifies into this court the judgment of a justice of the peace against Jacoby, the prosecutor, for a claim upon book account.

The defence relied upon by the prosecutor in the court below and here is that there is no sufficient state of demand.

It appeared on the trial below that it was the custom in the business transacted between the parties to mark and designate all the goods purchased by the prosecutor with and by a particular lot number, known and understood by vendor and vendee. The goods in this case were sold and charged to the customer by such lot numbers. The number on the invoice, designating the article sold and purchased, corresponds to and is identical with the number on the package in which the goods are contained.

The state of demand therefore fully informed the prosecutor of the kind of goods charged to him and the price demanded, and it was properly held by the trial justice to be

sufficient. It serves all the purposes for which a state of demand is required.

The judgment below should be affirmed, with costs.